

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00504-CR

Antonio Salinas
v.
The State of Texas

On Appeal from the
406th District Court of Webb County, Texas
Trial Court Cause No. 2017CRO001007-D4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgments of the trial court should be affirmed. The Court orders the judgments of the trial court AFFIRMED.

We further order this decision certified below for observance.

May 13, 2021